IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

| | |
|---|---|
| DAVID KNISELY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) |
| NATIONAL BETTER LIVING ASSOCIATION, | ) NO. _____ |
| INC., AMERICAN MEDICAL AND LIFE | ) |
| INSURANCE COMPANY, and JOHN/JANE | ) |
| DOES, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CONSENT TO REMOVAL

COMES NOW Defendant American Medical and Life Insurance Company and hereby expressly consents to and joins in the removal of the action captioned *David Knisely v. National Better Living Association, Inc., et al.*, bearing Case No. 13-C-443 now pending in the Circuit Court of Jefferson County, West Virginia to the United States District Court for the Northern District of West Virginia, Martinsburg Division.

This 27th day of January, 2014.

American Medical and Life Insurance Company

By: _____

Title: IS Attorney In Fact

8526216 v2