**CIRCUIT COURT OF JEFFERSON COUNTY, WEST VIRGINIA**

| | |
|---|---|
| DAVID KNISELY, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 13-C-443 |
| NATIONAL BETTER LIVING ASSOCIATION, INC., AMERICAN MEDICAL AND LIFE INSURANCE COMPANY, and JOHN/JANE DOES, | ) |
|     Defendants. | ) |

## NOTICE OF REMOVAL

Defendant National Better Living Association, Inc., by counsel, having filed its Notice of Removal of the above-captioned action with the Clerk of the United States District Court for the Northern District of West Virginia, Martinsburg Division, hereby notifies this Court of the removal of this cause of action pursuant to 28 U.S.C. §§ 1331, 1332, 1367(a), 1441 and 1446. A copy of the Notice of Removal filed with the United States District Court, without exhibits, is attached hereto.

Date: January 29, 2014

Respectfully submitted,

NATIONAL BETTER LIVING ASSOCIATION, INC.
By Counsel:

*Debra Lee Hovatter*

Debra Lee Hovatter (W. Va. Bar No. 9838)
Spilman Thomas & Battle, PLLC
P.O. Box 615
Morgantown, WV 26507-0615
304.291.7951
304.291.7979 (*facsimile*)
dhovatter@spilmanlaw.com

## CIRCUIT COURT OF JEFFERSON COUNTY, WEST VIRGINIA

| | |
|---|---|
| DAVID KNISELY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 13-C-443 |
| NATIONAL BETTER LIVING ASSOCIATION, INC., AMERICAN MEDICAL AND LIFE INSURANCE COMPANY, and JOHN/JANE DOES, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Debra Lee Hovatter, do hereby certify that a true copy of the foregoing **Notice of Removal** was served upon the following counsel via U.S. Mail, on this 29th day of January, 2014, addressed as follow:

Laura C. Davis
Skinner Law Firm
P.O. Box 487
Charles Town, WV 25414
*Counsel for Plaintiff*

American Medical and Life Insurance Company
c/o Ronald S. Stadler, Esq.
Gonzalez Saggio Harlan
111 E. Wisconsin Ave., Suite 1000
Milwaukee, WI 53202

_____
Debra Lee Hovatter (W. Va. Bar No. 9838)