IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**DAVID KNISELY,**

    Plaintiff,

v.                                       CIVIL ACTION NO.: 3:14-CV-15 (GROH)

**ALLIED HEALTH BENEFITS, INC.,
CORPSAVERS HEALTHCARE, INC.,
G. DANIEL SIEWERT, III, TIMOTHY SIEWERT,
ANGUS MORRISON, GEORGE SPALDING, and
JESS JORDAN,**

    Defendants.

## ORDER DISMISSING CASE

Inasmuch as the Court has received notice from counsel for the Plaintiff and counsel for Defendant Angus Morrison that all parties have reached a settlement agreement in the above-styled action, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record and *pro se* parties.

**DATED:** February 2, 2016

                                                      GINA M. GROH
                                                      CHIEF UNITED STATES DISTRICT JUDGE